# Exhibit 5

U.S. Patent No. RE 48,794 Claim Chart

|   | Claim Language | Accused Product |
|---|---|---|
| 1 | A charger plug capable of connecting with a two or three receptacle power source to convert 120V input power received from the power source to DC output power, | Charger plug with two prongs capable of being plugged into two receptacle power outlet.<br><br>Two prongs |
|   | the charger plug being electrically connectable to a rechargeable electronic device via a power cord for providing the DC output power thereto, | Charger plug connected to a USB power cord that provides output power using DC current |

1

| | Claim Language | Accused Product |
|---|---|---|
| | the charger plug including a housing, | Charger plug's housing of the internal circuitry (not pictured) |
| | the charger plug comprising: first and second separate blade members secured within the housing so as to have prong portions of the blade members positioned in order to extend in a first direction from a front wall of the housing | First direction; First and second blade members secured within the housing; Front wall of the housing. |



2

| Claim Language | Accused Product |
|---|---|
| the prong portions adapted to be received in the receptacle openings of the power source; | **Prongs** can be plugged into power source |
| the charger plug including a DC connector having an aperture adapted to removably receive a corresponding power cord plug end for transmitting DC power to the rechargeable electronic device; | DC connector aperture is for removable USB cable power cord transmits power using DC current |





| Claim Language | Accused Product |
|---|---|
| the charger plug housing forming | Housing |
| a) a charger plug face area defined by the front wall | Front wall of charger plug contains the slots for the prongs. Face area |



| Claim Language | Accused Product |
|---|---|
| b) an outer profile defined by a perimeter of the front wall and defined by a plug body extending rearward from the front wall and | Front wall / Outer profile shown at an angle which is the surrounding area below the front wall |
| c) a rear end opposite the front wall; | Front wall (not pictured) / Rear end |

5

| Claim Language | Accused Product |
|---|---|
| the charger plug configured to be capable of plugging into a standard wall outlet and further: | Capable of plugging into a standard wall outlet |
| i) being sized so that the charger plug housing comprises a longitudinal length extending between the front wall and the rear end and the longitudinal length is less than 2.0 inches, | Front wall / 1.318 inches longitudinal length is less than 2.0 inches / Rear end |



6

| Claim Language | Accused Product |
|---|---|
| a width of the housing outer profile being less than 1.75 inches, and | 1.211 inches [lateral] width of the housing is less than 1.75 inches |
| ii) the outer profile having no interference with an adjacent receptacle of the power source located on all sides of the first receptacle when a like charger plug is mounted in all available orientations in any of the other receptacles, | *Similar chargers shown for reference<br><br>Outer profile of charger plug having no interference with other similar charger plugs. |

7

| Claim Language | Accused Product |
|---|---|
| so that when space is limited by an obstacle adjacent or in front of the power source the charger plug is capable of being conveniently mounted to one of the receptacles, | *Similar chargers shown for reference<br><br>The charger plug is mounted to a four wall outlet shown in opposite orientation, having no interference with bottom receptacle. |
| the power cord plug end may be conveniently received by the DC connector, | USB power cord inserted inside one of the DC connectors of the charger plug. |

8

| Claim Language | Accused Product |
| --- | --- |
| and the power cord plug end can be conveniently removed from the DC connector while leaving the charger plug connected to the receptacle. | USB power cord removed while charger plug is still connected to four wall outlet. |